UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY H. PARKS III,

    Plaintiff,

v.                                        Case No. 11-11109
                                          Hon. Lawrence P. Zatkoff

SOCIAL SECURITY, COMMISSIONER OF,

    Defendant.
                                             /

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Roy H. Parks III brought this action pursuant to 42 U.S.C. § 405(g) challenging the final decision of Defendant Commissioner of Social Security ("Commissioner") denying Plaintiff's application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under the Social Security Act. Both parties filed summary judgment motions [dkt 13, 18], which are pending before the Court. As the case is one seeking review of a denial of social security benefits, it was assigned to Magistrate Judge Laurie Michelson for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1)(A).

On June 21, 2012, the Magistrate Judge issued her Report and Recommendation [dkt 19] in which the Magistrate Judge recommends denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment. Plaintiff has not filed objections to the Report and Recommendation and the time period within which he must do so has expired. The Court has thoroughly reviewed the court file, Plaintiff's application, and the Magistrate Judge's Report and Recommendation. Based on this review, the Court ADOPTS the Report and

Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, it is HEREBY ORDERED that Plaintiff's Motion for Summary Judgment [dkt 13] is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [dkt 18] is GRANTED.

IT IS SO ORDERED.

Date:   August 15, 2012

                                                      s/Lawrence P. Zatkoff
                                                      LAWRENCE P. ZATKOFF
                                                      U.S. DISTRICT JUDGE